MAY LIPSON, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant. (Appeals Nos. 2 to 4.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY LIPSON, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant. (Appeal No. 5.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESSIE BATT, Appellant, v. S. SEYMOUR BATT, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to strike out certain paragraphs granted, with leave to defendant to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MT. HOPE HOLDING CORPORATION, a Domestic Corporation, Appellant, against MARTIN J. BURKE, Clerk of the Municipal Court, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS E. HEATHCOTE, Appellant, v. TAYLOR-FICHTER STEEL CONSTRUCTION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of EUGENE PIANTONI, Respondent, etc., against GROVER A. WHALEN, as Police Commissioner, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS BROSTERMAN v. CHINA FOREIGN CORPORATION and Another. (Appeal No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS BROSTERMAN v. CHINA FOREIGN CORPORATION and Another. (Appeal No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, for Liquidation of JEWELERS' SAFETY FUND SOCIETY. SEGMAN & ABRAHAMS, Claimants.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARION CONVERSE v. CONVERSE M. CONVERSE and BANKERS TRUST COMPANY OF NEW YORK and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MORITZ SCHWARTZ, Deceased. BETTY WEISMAN, Appellant. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MORITZ SCHWARTZ, Deceased. HARRY SCHWARTZ, Appellant. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ISAAC KALMOWITZ, Deceased.— Motion to dismiss appeal